

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Donald A. Pettis, Jr. and Serita M. Pettis__   Case No. __18-34575__   Chapter __13__

All Cases: Moving Creditor __Ditech Financial LLC_____   Date Case Filed __12/14/2018__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed __04/08/2019__

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date  $ __156,073.04__
   Total of all other Liens against Collateral $_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $ __167,000.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __2__     Amount $ __3,838.52__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3__     Amount $ __3,603.36__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months _____     Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid       Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☑ Other (describe) __Failure to make post-petition payments__

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe)_____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: _____09/17/2019_____          _____/s/ Pinju Chiu_____
                                         Counsel for Movant

(Rev. 12 /21/09)