UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-34575 |
| --- | --- | --- |
|  | ) | (Jointly Administered) |
| DONALD AND SERITA PETTIS | ) | Chapter: 13 |
|  | ) | Honorable David D. Cleary |
|  | ) |  |
|  | ) |  |
| Debtor(s) | ) |  |

## ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 USC § 363 AND TO SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtors, Donald and Serita Pettis, are permitted to sell the home located at 908 E. 159th Place, South Holland, IL 60473, (Permanent Index Number: 29-14-309-903-030-0000) for $198,250.00.

2) All secured liens, including NewRez LLC's lien, on Debtors' home will be paid in full at closing.

3) The closing of Debtors' home shall take place no later than thirty (30) days from the date of the entry of this order.

4) Debtors are permitted to retain the first $30,000.00 of the remaining proceeds (after any liens, fees, and commissions are paid) as their homestead exemption.

5) Debtors shall send the trustee a copy of the closing statement and the remaining proceeds (after the homestead exemption, fees, and commissions) to Trustee Marilyn O. Marshall within seven days of closing.

6) Debtors' request to shorten notice is granted.

Enter: *David D. Cleary* (signature)

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 15, 2021

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com